UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| LISA ANN JONES,<br><br>　　Plaintiff,<br><br>V.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　Defendant. | CIVIL ACTION NO. 6:19-118-KKC<br><br><u>JUDGMENT</u> |

*** *** ***

In accordance with the opinion and order entered on this date with this judgment, the Court hereby ORDERS and ADJUDES that:

1) Plaintiff's motion for summary judgment (DE 14) is DENIED;

2) Defendant's motion for summary judgment (DE 16) is GRANTED;

3) judgment is entered in favor of the Defendant;

4) this judgment is FINAL and APPEALABLE; and

5) the matter is STRICKEN from the active docket of this Court.

Dated March 31, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY